Case 1:08-cv-03514   Document 2   Filed 06/19/2008   Page 1 of 2

FILED: JUNE 19, 2008
08CV3514
JUDGE NORGLE
MAGISTRATE JUDGE COLE
AEE

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

# Civil Cover Sheet

This automated JS-44 conforms generally to the manual JS-44 approved by the Judicial Conference of the United States in September 1974. The data is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. The information contained herein neither replaces nor supplements the filing and service of pleadings or other papers as required by law. This form is authorized for use <u>only</u> in the Northern District of Illinois.

| | |
|---|---|
| **Plaintiff**(s): BRIDGE, STRUCTURAL, and REINFORCING IRON WORKERS LOCAL UNION NO. 1 | **Defendant**(s): WELD-CRAFT, LTD. |
| County of Residence: COOK | County of Residence: |
| Plaintiff's Atty: Frank A. Marco<br>Gregorio & Associates<br>2 N. LaSalle, Suite 1650,<br>Chicago, IL 60602<br>312-263-2343 | Defendant's Atty: |

II. Basis of Jurisdiction:   **3. Federal Question (U.S. not a party)**

III. Citizenship of Principal Parties
**(Diversity Cases Only)**
  Plaintiff:-**N/A**
  Defendant:-**N/A**

IV. Origin :   **1. Original Proceeding**

V. Nature of Suit:   **720 Labor/Mgmt Relations**

VI. Cause of Action:   **29 U.S.C. 185 – breach of Labor Contract**

VII. Requested in Complaint
  Class Action: No
  Dollar Demand:
  Jury Demand: No

VIII. This case **IS NOT** a refiling of a previously dismissed case.

**Signature:**  s/ Frank A. Marco
**Date:** June 19, 2008

Case 1:08-cv-03514    Document 2    Filed 06/19/2008    Page 2 of 2