# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

BRIDGE, STRUCTURAL and
REINFORCING IRON WORKERS
LOCAL UNION NO. 1

Docket Number: 08CV3514

Assigned Judge: **JUDGE NORGLE**

v.

Designated
Magistrate Judge: **MAGISTRATE JUDGE COLE**

WELD-CRAFT, LTD.

TO: (Name and address of defendant)

Weld-Craft, Ltd.
Mr. Tomasz Stankiewicz, President
3757 N. Oketo
Chicago, IL 60634

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY
(name and address)

Frank A. Marco
Gregorio & Associates
2 North LaSalle Street, Suite 1650
Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within  20  days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

(By) DEPUTY CLERK

Date: June 19, 2008

ClientCaseID:  FRANK MARCO
Law Firm ID:   GREGORIO



CaseReturnDate:  7/20/08

Affidavit of SPECIAL PROCESS SERVER

## UNITED STATES DISTRICT COURT

Case Number **08CV3514**

I, R. MARSHALL GRADY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

### CORPORATE SERVICE

THAT I SERVED THE WITHIN  SUMMONS AND COMPLAINT
ON THE WITHIN NAMED DEFENDANT  WELD-CRAFT, LTD.
PERSON SERVED  TOMASZ STANKIEWICZ, PRESIDENT
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **7/1/08**

That the sex, race and approximate age of the person whom I left the  SUMMONS AND COMPLAINT
are as follow:

Sex  MALE    Race  WHITE    Age  52
Height  6' 3    Build  MEDIUM    Hair  BROWN

LOCATION OF SERVICE  **3757 N OKETO**
**CHICAGO, IL, 60634**

Date Of Service  7/1/08    Time of Service  9:37 PM

R. MARSHALL GRADY    7/2/2008
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.