IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGE, STRUCTURAL and REINFORCING<br>IRON WORKERS LOCAL UNION NO. 1<br><br>  Plaintiffs,<br><br>  v.<br><br>WELD-CRAFT, LTD.<br><br><br><br>  Defendant. | )<br>)<br>)<br>)<br>)<br>) Judge Norgle<br>) Case No.: 08 CV 3514<br>)<br>)<br>)<br>)<br>)<br>) |

### *Motion For Judgment By Default*

 Plaintiffs, by its Attorney, Frank A. Marco, move this Court to enter Judgment by Default according to Rule 55 of the Federal Rules of Civil Procedure for Defendant's failure to appear, answer or otherwise plead.  Further, in support of this Motion the Plaintiffs state:

 1. Plaintiffs filed their complaint on June 19, 2008. Defendant was personally served with a copy of the Complaint and Summons on July 1, 2008.  (**Group Exhibit A**)

 2. The Defendant has failed to appear, answer or otherwise plead within the time allowed by the Federal Rules of Civil Procedure.

 3. At all times relevant to this action, the Defendant has been bound by the provisions of a Collective Bargaining Agreement.

 4. Pursuant to the provisions of the Collective Bargaining Agreement, the Defendant is required to comply with a union security clause in Section 1 of the Collective Bargaining Agreement and to employ members of Local 1 pursuant to the Collective Bargaining Agreement.

The Defendant breached the terms of the Collective Bargaining Agreement by failing to employ members of Local 1 and by failing to pay the proper wages and benefits. The Defendant further violated the Collective Bargaining Agreement by failing to maintain a cash bond or wage and welfare bond.

5. Pursuant to the requirements of the Collective Bargaining Agreement, a grievance was held on December 4, 2007 in which the Joint Arbitration Board entered an order requiring the Defendant to pay $8,931.83 in wages and benefits, $20,000.00 for a wage and welfare bond, and $1,786.37 in liquidated damages. Despite repeated demand, the Defendant has only paid $1,000.00 towards the total amount due.  See affidavit attached hereto as **Exhibit B**.  The Defendant did not appeal the award.

6. The Defendant owes the sum of $405.00 for court costs, and $1,038.75 in attorney's fees. **Exhibit C.**

WHEREFORE, Plaintiff moves for enforcement of the Arbitration Award and enter Judgment by Default in the total amount of $31,161.95.

                      By: /s/:Frank A. Marco

                         FRANK A. MARCO

Frank A. Marco
ARDC #: 06205057
Gregorio & Associates
Attorney for Plaintiffs
2 North LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF ILLINOIS

## SUMMONS IN A CIVIL CASE

| | |
|---|---|
| BRIDGE, STRUCTURAL and REINFORCING IRON WORKERS LOCAL UNION NO. 1 | Docket Number: **08CV3514** |
| | Assigned Judge: **JUDGE NORGLE** |
| v. | Designated Magistrate Judge: **MAGISTRATE JUDGE COLE** |
| WELD-CRAFT, LTD. | |

TO: (Name and address of defendant)

> Weld-Craft, Ltd.
> Mr. Tomasz Stankiewicz, President
> 3757 N. Oketo
> Chicago, IL 60634

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

> Frank A. Marco
> Gregorio & Associates
> 2 North LaSalle Street, Suite 1650
> Chicago, Illinois 60602

an answer to the complaint which is herewith served upon you, within __20__ days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Michael W. Dobbins, Clerk

*(signature)*

(By) DEPUTY CLERK

Date: June 19, 2008




EXHIBIT A

**ClientCaseID:** FRANK MARCO
**Law Firm ID:** GREGORIO



**CaseReturnDate:** 7/20/08

**Affidavit of SPECIAL PROCESS SERVER**

## UNITED STATES DISTRICT COURT

Case Number **08CV3514**

I, R. MARSHALL GRADY

FIRST DULY SWORN ON OATH STATES THAT I AM OVER 18 YEARS OF AGE AND NOT A PARTY TO THIS SUIT AND IS A REGISTERED EMPLOYEE OF ILLINOIS DEPARTMENT OF PROFESSIONAL REGULATION PRIVATE DETECTIVE AGENCY #117-001292 STERN PROCESS & INVESTIGATION LLC 205 W. RANDOLPH ST. #1210 CHICAGO IL 60606

## CORPORATE SERVICE

THAT I SERVED THE WITHIN **SUMMONS AND COMPLAINT**
ON THE WITHIN NAMED DEFENDANT **WELD-CRAFT, LTD.**
PERSON SERVED **TOMASZ STANKIEWICZ, PRESIDENT**
BY LEAVING A COPY OF EACH WITH THE SAID DEFENDANT ON **7/1/08**

That the sex, race and approximate age of the person whom I left the **SUMMONS AND COMPLAINT** are as follow:

Sex MALE   Race WHITE   Age 52
Height 6' 3   Build MEDIUM   Hair BROWN

LOCATION OF SERVICE **3757 N OKETO**
**CHICAGO, IL, 60634**

Date Of Service 7/1/08   Time of Service 9:37 PM

R. MARSHALL GRADY   7/2/2008
**SPECIAL PROCESS SERVER**
PERC# 0129-275752

Under penalties of perjury as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statement are true and correct, except as to matters therein stated to be on information and belief and such matters the undersigned certifies as aforesaid that he/she verily believes same to be true.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGE, STRUCTURAL, and REINFORCING IRON WORKERS LOCAL UNION NO. 1<br><br>　　　　Plaintiff,<br><br>v.<br><br>WELD-CRAFT, LTD.<br><br>　　　　Defendant. | )<br>)<br>)<br>)<br>)　Judge Norgle<br>)<br>)<br>)　Case No.: 08 CV 3514<br>)<br>)<br>) |

### *Affidavit of Robert R. Boskovich*

　　Now comes ROBERT R. BOSKOVICH who after being duly sworn upon oath states as follows:

　　1.　I am the President / Business Manager for the Bridge, Structural, and Reinforcing Iron Workers Local Union No. 1 and in such capacity I am authorized to make this Affidavit on behalf of the Plaintiff.

　　2.　Part of my responsibilities includes serving as chairman of the Joint Arbitration Board in accordance with the guidelines that are set up according to Local No. 1's collective bargaining agreements with area contractors.

　　3.　A hearing was held in front of the Joint Arbitration Board on December 4, 2007 in which the Defendant, Weld-Craft, Ltd., was charged with violating several sections of the Collective Bargaining Agreement entered into between the Defendant and Local No. 1. The charges included violating the agreement by performing unit work with ironworkers who were not members of the Union and without paying proper wages, dues, fees, and fringe benefits on the 3500 North Lincoln project. Defendant also violated the Collective Bargaining Agreement by failing to maintain a Wage and Welfare Bond.

　　4.　The Joint Arbitration Board entered an award in favor of Local No. 1. A true and correct copy of the Award is attached hereto.

　　5.　The Award ordered the defendant to pay $8,931.83 in wages and fringe benefits, $1,786.37 in penalties as damages for its violation of the Collective Bargaining Agreement, $20,000 wage and welfare bond, and all reasonable costs and attorney's fees incurred by Local No. 1 in enforcing the Award.



EXHIBIT

b

6.    The Award was served on the Defendant, but the Defendant has only paid $1,000.00 towards the penalties and has failed to comply with the remainder of the Award.

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.**

By: _____
Robert R. Boskovich

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGE, STRUCTURAL, and REINFORCING ) <br> IRON WORKERS LOCAL UNION NO. 1    ) <br>                                                                  ) <br>         Plaintiff,                               ) <br>                                                                  ) <br> v.                                                              ) <br>                                                                  ) <br> WELD-CRAFT, LTD.                              ) <br>                                                                  ) <br>         Defendant.                           ) | Judge Norgle <br><br> Case No.: 08 CV 3514 |

### *Attorney fee Affidavit in Support of*
### *Motion for Judgment by Default*

NOW COMES FRANK A. MARCO, who after being duly sworn upon oath, states as follows:

1. I am a partner at Gregorio & Associates and am licensed to practice law in the State of Illinois and for the Northern District of Illinois.

2. I have personal knowledge of the facts stated herein and if called to testify in this matter, I can competently testify to such facts from my own such knowledge.

3. I have in excess of 15 years experience practicing law and in excess of 9 years experience representing Unions in Federal Court litigation.

4. The Arbitration Decision and Award against Defendant required all costs including any and all reasonable attorneys' fees incurred by the Plaintiff in enforcing the Arbitration Decision and Award be paid by the Defendant.

5. I devoted 1.75 hours in connection with the above-captioned case at the rate of $205.00 per hour resulting in attorney's fees totaling $358.75. In addition Michael J. McGuire as associate at my office devoted 4.25 hours in connection with the above-captioned case at the rate of $160.00 per hour resulting in attorney's fees totaling $680.00.

6. In addition, the filing fee was $350.00 and the process server fee was $55.00.

I certify that the foregoing costs and attorneys fees totaling $1,443.75 were necessary and reasonable.

**Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to matters the undersigned certifies as aforesaid that he verily believes the same to be true.**

By:   /s/ Frank A. Marco
      FRANK A. MARCO