IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIDGE, STRUCTURAL and REINFORCING IRON WORKERS LOCAL UNION NO. 1 ) ) ) | |
| Plaintiffs, ) ) | |
| v.  ) ) ) | Judge Norgle<br>Case No.: 08 CV 3514 |
| WELD-CRAFT, LTD. ) ) ) ) ) | |
| Defendant. ) | |

### *Notice of Motion*

To   Mr. Tomasz Stankiewicz, President
      Weld-Craft, Ltd.
      3757 N. Oketo
      Chicago, IL 60634

    PLEASE TAKE NOTICE that on August 8, 2008, I shall appear before the Honorable Judge Norgle at approximately **10:30 a.m.,** in courtroom 2341at the Everett McKinley Dirksen Building located at 219 South Dearborn Street, Chicago, Illinois, where I shall then and there present my Motion for Default Judgment.

                                        By:   /s/  Frank A. Marco
                                                 FRANK A. MARCO

Frank A. Marco
ARDC #: 06205057
Gregorio and Associates
Attorneys for the Plaintiffs
2 N. LaSalle Street, Suite 1650
Chicago, IL 60602
312/263-2343

STATE OF ILLINOIS)
                        ) SS
COUNTY OF COOK )

   Janine Ricker, being first duly sworn on oath, deposes and says that she served the above and foregoing Motion for Default Judgment by depositing in the U.S. mail at Two North LaSalle Street, Suite 1650, Chicago, IL, a true and correct copy thereof in a sealed envelope first class postage prepaid addresses to the person to who said Notice is directed on the 31rst day of July 2008.

     Mr. Tomasz Stankiewicz, President
     Weld-Craft, Ltd.
     3757 N. Oketo
     Chicago, IL 60634


     **Under penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure [735 ILCS 5/1-109], the undersigned certifies that the Statements set forth in this instrument are true and correct, except as to Matters therein stated to be on information and belief and as to matters the Undersigned certifies as aforesaid that he verily believes the same to be true.**

                         By: /s/Janine Ricker