# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 3.2.1
### Eastern Division

Bridge, Structural and Reinforcing Iron Workers
Local No. 1

|  |  |
|---|---|
| | Plaintiff, |

v.                                                      Case No.:
                                                        1:08–cv–03514

                                                        Honorable Charles
                                                        R. Norgle Sr.

Weld–Craft, Ltd.

                              Defendant.

---

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Wednesday, August 6, 2008:

        MINUTE entry before the Honorable Charles R. Norgle, Sr: Motion for Default
Judgment [8] is granted. Counsel is not required to appear in court on August 8, 2008.
Civil case terminated. Telephoned/mailed notice(ewf, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of
Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was
generated by CM/ECF, the automated docketing system used to maintain the civil and
criminal dockets of this District. If a minute order or other document is enclosed, please
refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our
web site at ***www.ilnd.uscourts.gov***.