# United States District Court, Northern District of Illinois

HHN

| Name of Assigned Judge or Magistrate Judge | Charles R. Norgle | Sitting Judge If Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 08 C 3514 | **DATE** | 8/14/2008 |
| **CASE TITLE** | BRIDGE, STRUCTURAL and REINFORCING IRON WORKERS LOCAL UNION NO. 1 vs. WELD-CRAFT, LTD. | | |

**DOCKET ENTRY TEXT**

Enter Judgment Order.

■ [ For further detail see separate order(s).]

Docketing to mail notices.

| | Courtroom Deputy Initials: | EF |
|---|---|---|

2008 AUG 14 PM 12:10

CLERK, U.S. DISTRICT COURT

FILED