IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION


MHN

| | |
|---|---|
| BRIDGE, STRUCTURAL, and REINFORCING IRON WORKERS LOCAL UNION NO. 1<br><br>    Plaintiff,<br><br>v.<br><br>WELD-CRAFT, LTD.<br><br>    Defendant. | Judge Norgle<br><br>Case No.: 08 CV 3514 |

### *Judgment Order*

WHEREAS, the Plaintiff filed its complaint on June 19, 2008 and the Defendant was personally served with copies of Complaint and Summons; and

WHEREAS, the Defendant has failed to answer or otherwise plead; and

NOW THEREFORE, upon application of the Plaintiff and for good cause shown, a Default Judgment is hereby entered against the Defendant in accordance with the prayer of the Complaint; and

IT IS HEREBY FURTHER ORDERD, ADJUDGED AND DECREED that Judgment is entered on behalf of the Plaintiff and against the Defendant, WELD-CRAFT, LTD., in the sum of $31,161.95 representing the following amounts:

| | |
|---|---|
| Unpaid Wages and Benefits...................................... | $ 8,931.83 |
| Penalties for Liquidated Damages............................. | $   786.37 |
| Wage and Welfare Bond............................................ | $20,000.00 |
| Court Costs................................................................. | $   405.00 |
| Attorney's Fees........................................................... | $ 1,038.75 |

**Grand Total**........................................................... **$31,161.95**

ENTERED:

_____
HON. CHARLES R. NORGLE

DATE: 8/14/2008

Gregorio & Associates
2 North LaSalle, Suite 1650
Chicago, IL 60602
312/263-2343